ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| MULE Engineering, Inc. | ) | ASBCA Nos. 60969, 60974, 60975 |
| | ) | |
| Under Contract No. W9124M-14-C-0014 | ) | |

APPEARANCE FOR THE APPELLANT: Leonard W. Childs, Jr., Esq.
Childs & Associates
Savannah, GA

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
LTC Joseph J. Jankunis, JA
Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE HARTMAN

The government admits and stipulates to entitlement in these three Board Rule 12.2 appeals.* The contracting officer has addressed quantum in both ASBCA Nos. 60969 and 60975 by providing the full requested relief in a unilateral contract Modification, No. P00001. ASBCA Nos. 60969 and 60975 are dismissed. ASBCA No. 60974 is sustained as to entitlement and returned to the parties for negotiation of quantum.

Dated: 8 February 2017

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

---

* A decision under Board Rule 12.2 shall have no value as precedent, and in the absence of fraud, shall be final and conclusive and may not be appealed to the Board's appellate authority.

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 60969, 60974, 60975, Appeals of MULE Engineering, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals